**Petition Denied and Memorandum Opinion filed November 8, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00726-CV

**SOUTHWESTERN ENERGY COMPANY, Appellant**

**V.**

**HARRIS COUNTY APPRAISAL DISTRICT, Appellee**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-53948**

## M E M O R A N D U M   O P I N I O N

Southwestern Energy Company petitions this court to allow a permissive interlocutory appeal of the trial court's September 2, 2016 order granting the Harris County Appraisal District's motion to exclude expert testimony. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2016).

After reviewing the petition, the response, and the record, we conclude that Southwestern Energy has not shown that (1) the September 2, 2016 order involves

a controlling issue of law as to which there is a substantial ground for difference of opinion; and (2) an immediate appeal from the order may materially advance the ultimate termination of the litigation. *See id.*

Accordingly, we deny Southwestern Energy's petition for permissive interlocutory appeal.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.